United States Bankruptcy Court
District of Nevada

STARK,
    Plaintiff

LACKEY,
    Defendant

Adv. Proc. No. 23-05014-hlb

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 2
Date Rcvd: Nov 29, 2023      Form ID: nstap713      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | CARL LACKEY, 2788 ESAW ST., MINDEN, NV 89423-9007 |
| pla | + | CAROLYN STARK, Wolf, Rifkin, Shapiro, Schulman & Rabkin, 3773 Howard Hughes Parkway, Suite 590 South, Las Vegas, NV 89169-5940 |
| pla | + | MARK E. SMITH, c/o Luke A. Busby, Esq., 316 California Ave., Reno, NV 89509-1650 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 30 2023 00:33:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Nov 30 2023 00:33:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Nov 30 2023 00:33:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 30 2023 00:33:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Nov 30 2023 00:33:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 30 2023 00:33:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 30 2023 00:33:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: nstap713 | Total Noticed: 10 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY L HARTMAN | on behalf of Defendant CARL LACKEY notices@bankruptcyreno.com abg@bankruptcyreno.com |
| JOHN MARK SAMBERG | on behalf of Plaintiff CAROLYN STARK jsamberg@wrslawyers.com efilingjms@wrslawyers.com |
| JORDAN J. BUTLER | on behalf of Plaintiff CAROLYN STARK jbutler@wrslawyers.com |
| LUKE BUSBY | on behalf of Plaintiff MARK E. SMITH luke@lukeandrewbusbyltd.com |

TOTAL: 4

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> CARL LACKEY , <br>        Debtor(s) | BK−23−50403−hlb <br> CHAPTER 7 <br><br> Adversary Proceeding: 23−05014−hlb |
| CAROLYN STARK, et al, <br>        Plaintiff(s) <br> v. <br> CARL LACKEY, et al, <br>        Defendant(s) | NOTICE OF RESCHEDULED SCHEDULING CONFERENCE <br><br> Hearing Date:   12/13/23 <br> Hearing Time:   10:00 AM |

**NOTICE IS GIVEN** that a rescheduled Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

   Hearing Date:      12/13/23
   Hearing Time:      10:00 AM
   Hearing Phone Number:   (669) 254−5252
   Hearing Meeting ID:    160 532 0260
   Hearing Passcode:     643758

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

   *1* − Adversary case 23−05014. Complaint to Deny Discharge Filed by CAROLYN STARK vs. CARL LACKEY Fee Amount $350. (62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud)(SAMBERG, JOHN)

This hearing is scheduled for the following reason:

   To coincide with hearing on Motion to Dismiss.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 11/29/23

                      *Mary A Schott*
                      Mary A. Schott
                      Clerk of Court