John Samberg (SBN 10828)
jsamberg@wrslawyers.com
Jordan Butler (SBN 10531)
jbutler@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169

Telephone:  (702) 341-5200
Facsimile:  (702) 341-5300

Attorneys for Plaintiff
Carolyn Stark

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>CARL LACKEY<br><br>    Debtor. | Case No. 3:23-bk-50403-hlb<br>Chapter 7 |
| CAROLYN STARK, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CARL LACKEY, an individual,<br><br>    Defendant. | Adversary No. 23-05014-hlb<br><br>**PLAINTIFF CAROLYN STARK'S JOINDER TO MOTION FOR (1) ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT, AND (2) DISMISSAL PURSUANT TO F.R.BANKR.P. 7014 AND 9019**<br><br>**Judge:** Hon. Hilary L. Barnes<br><br>**Hearing Date:**  January 31, 2024<br>**Hearing Time:**  10:30 a.m. |

**PLEASE TAKE NOTICE** that Plaintiff Carolyn Stark ("Stark") by and through the undersigned attorney, hereby submits this Joinder to Debtor Carl Lackey's ("Debtor" or "Lackey")

///

///

///

///

///

-1-

**PLAINTIFF CAROLYN STARK'S JOINDER TO MOTION FOR (1) ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT, AND (2) DISMISSAL PURSUANT TO F.R.BANKR.P. 7014 AND 9019**

1  Motion for (1) Order Approving Settlement and Release Agreement, and (2) Dismissal Pursuant to
2  F.R.Bankr.P. 7014 and 9019 [ECF 27], and asks that the motion be granted.

3      DATED: January 10, 2024

4                                  WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                                    RABKIN, LLP
5

6

7                            By _____
                                John Samberg (SBN 10828)
8                               Jordan Butler (SBN 10531)
                                3773 Howard Hughes Parkway, Suite 590 South
9                               Las Vegas, Nevada 89169
                                Tel. (702) 341-5200
10

11                              Attorneys for Plaintiff Carolyn Stark

-2-

**PLAINTIFF CAROLYN STARK'S JOINDER TO MOTION FOR (1) ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT, AND (2) DISMISSAL PURSUANT TO F.R.BANKR.P. 7014 AND 9019**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, a true and correct copy of **PLAINTIFF CAROLYN STARK'S JOINDER TO MOTION FOR (1) ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT, AND (2) DISMISSAL PURSUANT TO F.R.BANKR.P. 7014 AND 9019** was served via the United States Bankruptcy Court CM/ECF system on all parties or persons requiring notice.

By _/s/ Carolyn R. Bott_
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP